United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

HIDEBRANDO VARGAS,

Petitioner,

Case No.  C 13-1584 VC (PR)

5

v.

6

7

R.M. DIAZ, Warden,

Respondent.

8

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE AND DENYING MOTION RE: COURT DOCUMENTS**

Document nos. 17 and 22

9

10

11

12

13

14

Petitioner Hidebrando Vargas, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court issued an Order to Show Cause and, on June 3, 2014, Respondent R.M. Diaz filed his answer.  Now Vargas moves for an extension of time to file a traverse.  For good cause appearing, this motion is GRANTED.  Vargas's traverse is now due on August 11, 2014.

15

16

17

18

Vargas also filed a motion to enlarge time to obtain court forms so that he could respond to the Court's request for a case management statement.  The Court is no longer in need of a case management statement.  Therefore, Vargas's motion for an extension of time so that he can file such a statement is denied as moot.

19

Based on the foregoing, the Court orders as follows:

20

21

1. Vargas's motion for an extension of time to file his traverse is GRANTED.  His traverse is due on August 11, 2014.

22

2. Vargas's motion regarding court documents is DENIED as moot.

23

3. This Order terminates docket numbers 17 and 22.

24

**IT IS SO ORDERED.**

25

26

Dated: July 3, 2014

27

28

_____

VINCE CHHABRIA
United States District Judge