UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDEBRANDO VARGAS,

    Petitioner,

v.

R. M. DIAZ,

    Respondent.

Case No. 13-cv-01584-VC

**JUDGMENT**

    The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of Respondent R.M. Diaz.  Petitioner Hildebrando Vargas shall obtain no relief by way of his petition.

    **IT IS SO ORDERED**.

Dated: February 2, 2015

_____
VINCE CHHABRIA
United States District Judge